NUMBER
13-10-00362-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

WALTER WOMACK,                                                               APPELLANT,

 

                                                             v.

 

HOWARD ROSS, ALTON
ROSS AND 

GWENDOLYN ROSS,                                                              APPELLEES.


____________________________________________________________

 

                           On
appeal from the 377th District Court 

                                       of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

              Before Chief Justice Valdez and Justices Rodriguez and Vela 

Memorandum Opinion
Per Curiam

 








Appellant,
Walter Womack, perfected an appeal from a judgment entered by the 377th
District Court of Victoria County, Texas, in cause number 03-2-59,226-D.  The appellant
has filed an agreed motion to dismiss on grounds that the parties have entered
into a compromise settlement agreement resolving their differences.  The appellant
requests that this Court dismiss this case.  

The
Court, having considered the documents on file and the agreed motion to
dismiss, is of the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will
be taxed against appellant. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
the appellant’s request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed 23rd

day of November, 2010.